AO 91 (Rev. 5/85) Criminal Complaint

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

ORIGINAL **United States District Court** FEB 09 2004

DISTRICT OF Hawaii

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

UNITED STATES OF AMERICA

V.

ROCKY DEMELLO     (01)
ERNIE SALDUA, JR.  (02)
LARRY CLIFFORD    (03)

(Name and Address of Defendant)

# CRIMINAL COMPLAINT

CASE NUMBER: 04-0128 LEK

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about between 2/5/04 and 2/8/04 in Honolulu county, in the District of Hawaii defendant(s) did, (Track Statutory Language of Offense)

conspire to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of its isomers, a Schedule II narcotic controlled subtance.

in violation of Title 21 United States Code, Section(s) 846 & 841(a)(1)(A)

I further state that I am a(n) FBI Special Agent and that this complaint is based on the following
Official Title

facts:

On or about February 5, 2004, in the District of Hawaii, the confidential informant working in conjunction with your affiant and other FBI agents began negotiating to deliver 6 kilograms of cocaine to Ernie Saldua, Jr. (Saldua). Saldua agreed in consensually recorded phone conversations to pay $108,000 for the 6 kilograms of cocaine. On February 8, 2004, Saldua took possession of the cocaine in Kona, on the Big Island of Hawaii. Saldua was subsequently arrested along with Clifford, who brought approximately $100,000 to the hotel room while Saldua took possession of the cocaine. During the arrest attempt on Clifford, he fled on foot and was apprehended outside of the hotel where the deal was to take place. Saldua subsequently admitted to your affiant that Rocky DeMello was the source of the $100,000, and that DeMello was attempting to acquire the cocaine to further distribute it. Saldua stated that his role was to "middle" the deal for DeMello, and that Clifford came along to assist by acting as a look out and to hold the money for the transaction.

Continued on the attached sheet and made a part hereof:   ☐ Yes   ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

02-09-2004                          at        Honolulu, Hawaii
Date                                           City and State

Leslie E. Kobayashi
United States Magistrate Judge
Name & Title of Judicial Officer              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.