ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 0 2004

at _____ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK
WALTER A.Y.H. CHINN, CLERK

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO.  04-0128 LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO DETAIN |
| | ) | DEFENDANT WITHOUT BAIL |
| ROCKY DEMELLO        (01) | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DETAIN DEFENDANT WITHOUT BAIL

The United States hereby moves to detain Defendant

without bail, pursuant to 18 U.S.C. Section 3142.

   1.  **Eligibility Of Case**.  This Defendant is eligible

for detention because the case involves (check all that apply):

            _____ a.  Offense committed on release pending
                      felony trial (3142(d)(1)(A)(i))*

            _____ b.  Offense committed on release pending
                      imposition, execution, or appeal of





sentence, conviction or completion of
sentence (3142(d)(1)(A)(ii))*

_____ c.    Offense committed while on probation or
parole (3142(d)(1)(A)(iii))*

_____ d.    A citizen of a foreign country or
unlawfully admitted person
(3142(d)(1)(B))*

_____ e.    Crime of violence (3142(f)(1)(A))

_____ f.    Maximum sentence life imprisonment or
death (3142(f)(1)(B))

__X_ g.    10+ year drug offense (3142(f)(1)(C))

_____ h.    Felony, with two prior convictions in
above categories (3142(f)(1)(D))

__X_ i.    Serious risk Defendant will flee
(3142(f)(2)(A))

__X_ j.    Danger to other person or community **

_____ k.    Serious risk obstruction of justice
(3142(f)(2)(B))

_____ l.    Serious risk threat, injury,
intimidation of prospective witness or
juror (3142(f)(2)(B))

*  requires "i" or "j" additionally

** requires "a", "b", "c", or "d" additionally

2.    **Reason For Detention**.  The Court should detain

Defendant (check all that apply):

__X_ a.    Because there is no condition or
combination of conditions of release
which will reasonably assure Defendant's
appearance as required (3142(e))

__X_ b.    Because there is no condition or
combination of conditions of release

which will reasonably assure the safety of any other person and the community (3142(e))

_____ **c.**    Pending notification of appropriate Court or official (not more than 10 working days (3142(d))

3.    **Rebuttable Presumption**.    The United States

(will/will not) invoke the rebuttable presumption against

Defendant under Section 3142(e).  If invoked, the presumption

applies because (check all that apply):

__X__ **a.**    Probable cause to believe Defendant committed 10+ year drug offense

_____ **b.**    Probable cause to believe Defendant committed an offense under 18 U.S.C. § 924(c)

_____ **c.**    Previous conviction for eligible offense committed while on pretrial bond

4.    **Time For Detention Hearing**.    The United States

requests that the Court conduct the Detention Hearing:

_____ **a.**    At first appearance

__X__ **b.**    After continuance of _____ days (not more than 3)

5.    **Rule 40 Cases**.    The United States requests that

the Detention Hearing be held:

_____ **a.**    In the District of Hawaii

_____ **b.**    In the District where charges were filed

6.    **Other Matters**.

DATED: February 10, 2004, at Honolulu, Hawaii.

                    EDWARD H. KUBO, JR.
                    United States Attorney
                    District of Hawaii

            By    _____
                    KENNETH M. SORENSON
                    Assistant U.S. Attorney