# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/10/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | MAG NO. 04-0128LEK |
| CASE NAME: | USA vs. (01) ROCKY DEMELLO |
| ATTYS FOR PLA: | Kenneth M. Sorenson |
| ATTYS FOR DEFT: | Jeffrey T. Arakaki |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7-CD 18 |
| DATE: | 2/10/2004 | TIME: | 3:39-3:41 |

COURT ACTION:  EP: Initial Appearance - Defendant (01) Rocky Demello present in custody.

Defendant sworn to Financial Affidavit. Request for Court Appointed Attorney - Granted. Jeffrey T. Arakaki Apptd. Atty.

Charges received.  Motion to Detain filed.

Detention Hearing set for 10:30 2/13/04, LEK.
Preliminary Hearing set for 3:00 2/25/04, LEK.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager