# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/13/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | MAG NO. 04-0128LEK |
| CASE NAME: | USA vs. (01) ROCKY DEMELLO |
| ATTYS FOR PLA: | Wes Porter for Kenneth M. Sorenson |
| ATTYS FOR DEFT: | (01) Jeffrey T. Arakaki |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7-CD 18 |
| DATE: | 2/13/2004 | TIME: | 11:00-11:06 |

COURT ACTION:  EP: Detention Hearing - Defendant present in custody.

No objections to the USPTS Report. Parties submit. Motion to Detain Denied. Court Orders that the Defendant be released on an unsecured bond in the amount of $50,000 under the following conditions:

(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7c)   Maintain or actively seek employment, as directed by Pretrial Services.

(7g2)  Do not apply for/obtain a passport.

(7h1)  Travel is restricted to State of Hawaii; inter-island travel must be approved in advance by Pretrial Services.

(7m1)  Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case. The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.

(7q)   Placement at MILLER HALE. You are restricted to the facility at all times except as pre-approved by Pretrial Services. You are required to abide by all established

rules of the facility.

(7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

(7t) Do not consume any alcoholic beverages or products containing alcohol while on bond.

(7u) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v1) Submit to drug detection testing as approved by Pretrial Services.

(7w1) Submit to alcohol detection testing as approved by Pretrial Services.

(7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

Other Conditions:    Release is delayed until bedspace is available.

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

>    You shall not commit any offense in violation of federal, state, or local law while on release in this case.

>    You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Defendant remanded to the custody of the US Marshal for processing.

Submitted by: Warren N. Nakamura, Courtroom Manager