# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/25/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00089DAE |
| CASE NAME: | USA vs. ROCKY DEMELLO |
| ATTYS FOR PLA: | Edric M. K. Ching for Kenneth M. Sorenson |
| ATTYS FOR DEFT: | (01) Jeffrey Arakaki<br>Paul Cunney<br>Victor J. Bakke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7-CD 19 |
| DATE: | 2/25/2004 | TIME: | 3:20-3:21 |

COURT ACTION: EP: A & P as to the Indictment - Defendant present in custody.

Attys Paul Cunney and Victor J. Bakke appeared as retained counsel for defendant. Atty Jeffrey Arakaki excused. Withdrawal and Substitution of Counsel to be submitted.

Charges received. Defendant waives public reading of the Indictment. Plea of Not Guilty entered.

Jury Selection/Trial set for 9:00 4/27/04, DAE.
Final Pretrial Conference set for 10:00 3/29/04, BMK.
Defendant's Motions due 3/15/04.
Government's Response due 3/29/04.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager