Richlyn Young/HID/09/USCOURTS
03/15/2004 11:27 AM

To: HIDml_CR Notice Group, phl@maui.net
cc:
bcc:
Subject: CR 04-00089DAE / USA v. (02) Ernie Saldua Jr.

Initial Appearance and A & P to Indictment as to (02) Ernie Saldua Jr. set for 3-22-04 @ 10:30 a.m., BMK.

AUSA: Kenneth Sorenson
Notified deft's counsel: (02) Philip Lowenthal

Richlyn Young
Courtroom Manager to Judge Barry M. Kurren
PH: (808) 541-3090