Richlyn Young/HID/09/USCOURTS
03/19/2004 01:33 PM

To   HIDml_CR Notice Group, phl@maui.net
cc
bcc
Subject   CR 04-00089DAE  USA v. (02) Ernie Saldua Jr.

Initial Appearance and A & P as to (02) Ernie Saldua Jr. continued from 3-22-04 to 3-29-04 @ 10:30 a.m., KSC.

AUSA: Kenneth Sorenson
Deft's counsel: (02) Philip Lowenthal

Richlyn Young
Courtroom Manager to Judge Barry M. Kurren
PH: (808) 541-3090

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 19 2004
at 4 o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK