# MINUTES

```
                                              FILED IN THE
                                         UNITED STATES DISTRICT COURT
                                              DISTRICT OF HAWAII

                                             03/22/2004 4:30 PM
                                         WALTER A.Y.H. CHINN, CLERK
```

**CASE NUMBER:**  CR 04-00089DAE

**CASE NAME:**  USA                            vs. (02) Ernie Saldua, Jr.

**INTERPRETER:**

**JUDGE:** JUDGE BARRY M. KURREN           **REPORTER:**

**DATE:** 03/22/2004                       **TIME:**

                                           **ROOM:**

**COURT ACTION:** EO

Initial Appearance and A & P to Indictment as to (02) Ernie Saldua, Jr. set for 03/29/04 is moved to 03/22/2004 10:00:00 AM before BMK at the request of Lowenthal.

Notified: Kenneth Sorenson

Submitted by: Richlyn Young, Courtroom Manager

*Created: 03/22/2004 04:19:09 PM*                          Document: 27445750