# MINUTES

```
                                    FILED IN THE
                                UNITED STATES DISTRICT COURT
                                    DISTRICT OF HAWAII
                                    03/29/2004 4:30 PM
                                WALTER A.Y.H. CHINN, CLERK
```

**CASE NUMBER:** CR 04-00089DAE

**CASE NAME:** USA                    vs. (01) Rocky Demello

**ATTYS FOR PLA:**                    **ATTYS FOR DEF:**
Kenneth M. Sorenson                    (01) Paul Cunney
                                       Victor J. Bakke

**INTERPRETER:**

**JUDGE:** JUDGE BARRY M. KURREN        **REPORTER:**

**DATE:** 03/29/2004                    **TIME:**

                                        **ROOM:**

**COURT ACTION:** EO

Final Pretrial Conference has been continued from 03/29/2004 10:00:00 AM to 04/05/2004 10:00:00 AM before BMK

Submitted by: Theresa Lam, Courtroom Manager

*Created: 03/29/2004 09:28:44 AM*                    Document: 34124873

26