| | | |
|---|---|---|
| Shari Afuso/HID/09/USCOURTS | To | HIDml_CR Notice Group |
| 04/02/2004 03:41 PM | cc | wilsonlawfirm@hawaii.rr.com |
| | bcc | |
| | Subject | CR04-89DAE, USA v. (03) Larry Clifford |

# CR04-89DAE, USA v. (03) Larry Clifford

Motion for Withdrawal of Not Guilty Plea and to Plead Anew as to defendant (03) Larry Clifford is set for 4/15/04 at 2:00pm before Judge Chang.

AUSA: Kenneth Sorenson
Def Atty: Jerry Wilson

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 02 2004

at ___ o'clock and ___ min ___ M.
WALTER A.Y.H. CHINN, CLERK

27