**ORIGINAL**

  Leslie Sai/HID/09/USCOURTS

04/14/2004 02:54 PM

To  HIDml_CR Notice Group,
cc  Wilma Arakaki/HID/09/USCOURTS,
bcc
Subject  CR NO. 04-00089DAE U.S.A. Vs. (03) Larry Clifford

Motion for Withdrawal of Not Guilty Plea and to Plead Anew as to defendant (03) Larry Clifford set for April 29, 2004 will now be set for April 19, 2004 @2:00 p.m. before Judge Chang.

Government Counsel-Kenneth Sorenson

Defenant Counsel-Jerry Wilson

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 4 2004

at ____ o'clock and ___ min ___ M
WALTER A.Y.H. CHINN, CLERK