# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/22/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CR04-00089DAE |
| CASE NAME: | USA v. (01) Rocky Demello |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | (01) Victor J. Bakke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 CD3 |
| DATE: | 4/22/2004 | TIME: | 10:10-10:28:16am |

COURT ACTION: EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew as to defendant (01) Rocky Demello. Defendant present, in custody.

Defendant sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed. Memorandum of Plea Agreement signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Count 1 of the Indictment entered by the Defendant. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO.

SENTENCING as to Count 1 of the Indictment set for 1/31/05 at 1:30 p.m. before Judge Ezra.

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Rocky Demello2.sa.wpd