

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00089-01 DAE |
| ) | |
| Plaintiff, ) | ACCEPTANCE OF PLEA OF GUILTY, |
| vs. ) | ADJUDICATION OF GUILT AND |
| ) | NOTICE |
| ROCKY DEMELLO, (01) ) | OF SENTENCING |
| ) | |
| Defendant. ) | |
| ) | |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count 1 of the Indictment is now Accepted and the Defendant is Adjudged Guilty of such offense(s). All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, MAY 12 2004.

UNITED STATES DISTRICT JUDGE

GUILTY.ACP

F I L E   C O P Y

\* \* LABEL LIST \* \*

Case Number:1:04-cr-00089

Kenneth M. Sorenson, Esq.
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI  96850

Paul J Cunney, Esq.
Central Pacific Bank Building
220 S King St Ste 2290
Honolulu, HI  96813