ORIGINAL

LODGED

NOV 1 6 2004

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 6 2004

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

JERRY I. WILSON    1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

Attorney for Defendant
  LARRY CLIFFORD (03)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00089(03)DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AMENDING TERMS |
| | ) | AND CONDITIONS OF PRETRIAL |
| vs. | ) | RELEASE, AND ORDER |
| | ) | |
| LARRY CLIFFORD  (03), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

### STIPULATION AMENDING
### TERMS AND CONDITIONS OF PRETRIAL RELEASE

Come now the parties hereto, by and through their respective attorneys and Pretrial Services Officer, and hereby **STIPULATE** and **AGREE**, as follows:

**WHEREAS**, Mr. Larry Clifford is identified as Defendant 03 in the above-entitled matter, and

**WHEREAS**, Mr. Clifford has been released prior to trial under the supervision of United States Pretrial Services, and

**WHEREAS**, Mr. Clifford has requested permission to travel to the City of Palm Desert, State of California, along with his employer, Dan Maher, Director of Security for the Nine Group, Inc., of Las Vegas, State of Nevada, for the purposes of attending a 1-day training seminar and would like to leave approximately Monday, November 15, 2004, and return approximately Tuesday, November 16, 2004, and

**WHEREAS**, Mr. Clifford has also requested permission to travel to the City of Albuquerque, State of New Mexico, to visit with his mother, brother and father for the purposes of spending the Thanksgiving holidays with his family and would like to leave approximately Monday, November 22, 2004, and return approximately Friday, November 26, 2004, and

**WHEREAS**, the parties hereto have no objection to Mr. Clifford's requested trips.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, as follows:

1.    Mr. Clifford is permitted to travel from the State of Nevada to the States of California and New Mexico as set forth above.  Prior to his leaving the State of Nevada, he shall provide U.S. Pretrial Services with his itineraries and obtain its approvals thereto.

2.    While he is outside of the State of Nevada, Mr. Clifford shall communicate with U.S. Pretrial Services as and when it requires.

-2-

3.     Within forty-eight (48) hours of his returns to Las Vegas, Nevada, Mr. Clifford shall report to Pretrial Services.

4.     All other terms and conditions of Mr. Clifford's pretrial release not inconsistent herewith shall remain in full force and effect.

DATED: Honolulu, Hawaii, _____NOV 10 2004_____.


_____
KENNETH M. SORENSON
Assistant United States Attorney


_____
JERRY I. WILSON
Attorney for Defendant
 LARRY CLIFFORD (03)


_____
TONY L. BARRY
U.S. Pretrial Services Supervisor


APPROVED AND SO ORDERED:


_____
Judge of the Above-Entitled Court


United States of America vs. Larry Clifford, Cr. No. 04-00089(03)DAE; STIPULATION AMENDING TERMS AND CONDITIONS OF PRETRIAL RELEASE, AND ORDER