ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 20 2004

at ____ o'clock and ____ min. ____ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00089-03 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S NOTICE OF |
| | ) | NON-OBJECTION; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| LARRY CLIFFORD, (03) | ) | Date: January 24, 2005 |
| | ) | Time: 1:30 p.m. |
| Defendant. | ) | Chief Judge: David A. Ezra |

### GOVERNMENT'S NOTICE OF NON-OBJECTION

The UNITED STATES OF AMERICA has no objection to the Proposed Presentence Report in the above-captioned matter, and no requested additions to that Report.

DATED: December 20, 2004, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By_____
KENNETH M. SORENSON
Assistant U.S. Attorney

## *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the foregoing document was duly served upon the following persons on December 20, 2004, as set forth below:

>JERRY WILSON, ESQ.
>220 South King Street
>Suite 1450
>Honolulu, HI   96813-4544
>
>Attorney for Defendant
>LARRY CLIFFORD

BY:  **MAIL** ( X )   **HAND** (   )

>ANNE SHIMOKAWA
>U.S. PROBATION OFFICE
>300 Ala Moana Boulevard, Room C-126
>P.O. Box 50111
>Honolulu, HI   96850

BY:  **MAIL** (   )   **HAND** ( X )

DATED:  December 20, 2004, at Honolulu, Hawaii.

*/s/ Dawn M. Aihara*