ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 20 2004

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00089-01 DAE |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S NOTICE OF |
| | ) | NON-OBJECTION; |
| vs. | ) | CERTIFICATE OF SERVICE |
| ROCKY DEMELLO, (01) | ) | Date:  January 31, 2005 |
| | ) | Time:  1:30 p.m. |
| Defendant. | ) | Chief Judge:  David A. Ezra |

### GOVERNMENT'S NOTICE OF NON-OBJECTION

The UNITED STATES OF AMERICA has no objection to the Proposed Presentence Report in the above-captioned matter, and no requested additions to that Report.

DATED:  December 20, 2004, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
KENNETH M. SORENSON
Assistant U.S. Attorney

## *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the foregoing document was duly served upon the following persons on December 20, 2004, as set forth below:

PAUL CUNNEY, ESQ.
VICTOR BAKKE, ESQ.
220 S. King Street
Suite 2290
Honolulu, HI   96813

Attorneys for Defendant
ROCKY DEMELLO

BY:  **MAIL** ( X )  **HAND** (   )

ANNE SHIMOKAWA
U.S. PROBATION OFFICE
300 Ala Moana Boulevard, Room C-126
P.O. Box 50111
Honolulu, HI   96850

BY:  **MAIL** (   )  **HAND** ( X )

DATED:  December 20, 2004, at Honolulu, Hawaii.

_Dawn M. Aihara_