PAUL J. CUNNEY
A Law Corporation
220 S. King Street, #2290
Honolulu, Hawaii 96813
Telephone No. 523-0077

PAUL J. CUNNEY (3145)
R. PATRICK MCPHERSON (6683)
VICTOR J. BAKKE (5749)
Attorneys for Defendant
ROCKY DEMELLO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 28 2004

at \_\_ o'clock and \_\_ min. \_\_M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>ROCKY DEMELLO,<br><br>Defendant. | CR. NO. 04-00089 DAE-01<br><br>SENTENCING STATEMENT and<br>CERTIFICATE OF SERVICE<br><br>Sentencing: January 31, 2005<br>Time:  1:30 p.m.<br>Judge: Honorable Judge David Alan Ezra |

SENTENCING STATEMENT

Pursuant to the October 30, 1997 Local Rules of Practice for the U.S. District Court for the District of Hawaii, Sentencing Procedure, Defendant ROCKY DEMELLO, by and through his counsel VICTOR J. BAKKE, has no objections to the "Draft" Presentence Investigation Report prepared on December 16, 2004.

DATED:  Honolulu, Hawaii, December 28, 2004.

VICTOR J. BAKKE
Attorney for Defendant
ROCKY DEMELLO

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00089 DAE-01 |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| ROCKY DEMELLO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document shall be served via the U.S. postal service, postage prepaid, on the date mentioned herein, to the following:

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, U.S. Courthouse
300 Ala Moana Boulevard, Box 50183
Honolulu, HI 96850

ANNE M. SHIMOKAWA
U.S. Probation Office
District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

DATED: Honolulu, Hawaii, December 28, 2004.

_/s/ V. J. Bakke_
VICTOR J. BAKKE
Attorney for Defendant
ROCKY DEMELLO