ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-0089-03 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | Filed in the |
| vs. | ) | United States District Court |
| | ) | District of Hawaii |
| LARRY CLIFFORD (03), | ) | January 12, 2005 4:30 pm |
| | ) | WALTER A.Y.H. CHINN, CLERK |
| Defendant. | ) | |
| | ) | |

FINDINGS AND RECOMMENDATIONS ON
CRIMINAL JUSTICE ACT COMPENSATION CLAIM

Counsel for defendant, Jerry Wilson, Esq., has submitted a voucher and claim for payment in the amount of $6,577.78. This amount exceeds the Criminal Justice Act maximum of $5,200.00. The Court's panel for review of CJA claims for compensation and reimbursement has reviewed this claim. Pursuant to the recommendation of the panel, this Court finds that considering the nature of the charges herein and the results procured, the claim is excessive. Attached hereto is a worksheet showing counsel's request and the Panel's recommendation in greater detail.

Pursuant to the recommendation of the panel, this Court recommends that the Court authorize payment of $99.00 for in court compensation, $6,205.50 for out of court compensation, and $34.78 for other expenses, for a total payment of $6,339.28.

Should the Court find that excess compensation is warranted in this matter, the Court should so certify to the

Chief Judge of the Ninth Circuit by completing and signing the "District Court Certification For Payment in Excess of Criminal Justice Act Maxima".

If counsel disagrees with these Findings and Recommendations, counsel may make a submittal to the Court pursuant to CrimLR44.2.  Pursuant to 18 U.S.C. §636(b)(1), such submittal shall be filed with the Court within ten days after service of the copy of the Findings and Recommendations upon counsel.

DATED: Honolulu, Hawai'i, January 12, 2005.

_____
LESLIE E. KOBAYASHI
United States Magistrate Judge

U.S.A. V. LARRY CLIFFORD (03); CR. NO. 04-00089-03 DAE; FINDINGS AND RECOMMENDATIONS ON CRIMINAL JUSTICE ACT COMPENSATION CLAIM