

| | | |
|---|---|---|
| Theresa Lam/HID/09/USCOURTS<br>01/20/2005 02:12 PM | To | HIDml_CR Notice Group |
| | cc | Christian Adams/HID/09/USCOURTS@USCOURTS, Julie E. Payne/HID/09/USCOURTS@USCOURTS, Ken.Sorenson@usdoj.gov, wilsonlawfirm@hawaii.rr.com |
| | bcc | Carol Hangai/HID/09/USCOURTS@USCOURTS |
| | Subject | CR 04-00089DAE USA v. Larry Clifford |

Sentencing date has been continued from 1/24/2005 to 9/28/2005 @130pmDAE

AUSA: Ken Sorenson
Attorney: Jerry Wilson

Stip to be prepared by Mr. Wilson

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 20 2005

at____ o'clock and ____ min. ___ M
WALTER A. Y. H. CHINN, CLERK