

**Theresa Lam**/HID/09/USCOURTS
01/21/2005 02:51 PM

To HIDml_CR Notice Group

cc Christian Adams/HID/09/USCOURTS@USCOURTS, Julie E. Payne/HID/09/USCOURTS@USCOURTS, Ken.Sorenson@usdoj.gov, wilsonlawfirm@hawaii.rr.com

bcc Carol Hangai/HID/09/USCOURTS@USCOURTS

Subject CR 04-00089DAE USA v. Larry Clifford

Sentencing date has been CHANGED from 9/28/2005 to 4/28/2005 @130pmDAE

AUSA: Ken Sorenson
Attorney: Jerry Wilson

Stip to be prepared by Mr. Wilson

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 21 2005

at ____ o'clock and ____ min. ____ M
WALTER A. Y. H. CHINN, CLERK

