
Theresa Lam/HID/09/USCOURTS
01/27/2005 08:04 AM

To   HIDml_CR Notice Group
cc   Christian Adams/HID/09/USCOURTS@USCOURTS, Julie E. Payne/HID/09/USCOURTS@USCOURTS, Ken.Sorenson@usdoj.gov, victorjbakke@hotmail.com
bcc  Carol Hangai/HID/09/USCOURTS@USCOURTS
Subject   CR 04-00089DAE USA v. Rocky Demello

Sentencing date has been continued from 1/31/2005 to 9/29/2005 @130pmDAE

AUSA: Ken Sorenson
Attorney: Victor Bakke

Stip to be prepared by Mr. Sorenson

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 7 2005

at____o'clock and____min.____M.
WALTER A. Y. H. CHINN, CLERK

67