

ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 9 2005

at 3 o'clock and 38 min. P M.
WALTER A.Y.H. CHINN, CLERK

LODGED
FEB 0 8 2005
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00089-01 DAE |
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING; |
| vs. | ) ) | ORDER |
| ROCKY DEMELLO,      (01) | ) ) | |
| Defendant. | ) ) | |

**STIPULATION TO CONTINUE SENTENCING**

    IT IS HEREBY STIPULATED AND AGREED between the parties, the United States of America and the Defendant, ROCKY DEMELLO, by and through his respective attorney, Victor Bakke, Esq., hereby agree and stipulate, and request that the Court approve a continuance of the sentencing date in this case currently set for

January 31, 2005 at 1:30 p.m. to September 29, 2005 at 1:30 p.m. before the Honorable David A. Ezra.

DATED: January 27, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
KENNETH M. SORENSON
Assistant U.S. Attorney

_____
VICTOR BAKKE, ESQ.
Attorney for Defendant

SO ORDERED:

_____
CHIEF U.S. DISTRICT JUDGE

USA v. ROCKY DEMELLO
Cr. No. 04-00089-01 DAE
"STIPULATION TO CONTINUE SENTENCING; ORDER"

2