

| | | |
|---|---|---|
| Theresa Lam/HID/09/USCOURTS<br>04/21/2005 09:32 AM | To | HIDml_CR Notice Group |
| | cc | Christian Adams/HID/09/USCOURTS@USCOURTS, Julie E. Payne/HID/09/USCOURTS@USCOURTS, Ken.Sorenson@usdoj.gov, wilsonlawfirm@hawaii.rr.com |
| | bcc | Carol Hangai/HID/09/USCOURTS@USCOURTS |
| | Subject | CR 04-00089DAE USA v. Larry Clifford |

Sentencing TIME has been changed from 1:30pm to 9:45amDAE  on 4/28/2005

AUSA: Ken Sorenson
Attorney: Jerry Wilson

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 1 2005

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK