# MINUTES



```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
09/27/2005 4:30 PM
SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 04-00089DAE

**CASE NAME:** USA     vs. (01) Rocky Demello

**ATTYS FOR PLA:**
Kenneth M. Sorenson

**ATTYS FOR DEF:**
(01) Paul Cunney
(01) Victor J. Bakke

**INTERPRETER:**

**JUDGE:** JUDGE DAVID ALAN EZRA

**REPORTER:**

**DATE:** 09/27/2005

**TIME:**

**ROOM:**

**COURT ACTION:** EO

Continued : [Sentencing to Count 1 of the Indictment as to defendant (01) Rocky Demello

Defendant's Motion for a Downward Departure] from 09/29/2005 01:30:00 PM to 10/31/2005 03:00:00 PM before DAE

Submitted by: Theresa Lam, Courtroom Manager